**P O R T E R | S C O T T**

A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
Megan N. Boelter, SBN 340235
2180 Harvard Street, Suite 500
Sacramento, CA 95815
TEL: 916.929.1481
FAX: 916.927.3706
wcamy@porterscott.com
mboelter@porterscott.com

Attorneys for Defendant, CITY OF ROSEVILLE
*Exempt from filing fee pursuant to Government Code section 6103*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISA SWANSON, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF ROSEVILLE, a public entity; ROSEVILLE POLICE ACTIVITIES LEAGUE, an entity; JASON BOSWORTH, individually and in his official capacity as an officer of the Roseville Police Department; and DOES 1-25, inclusive, individually and in their official capacities as agents, officers, and employees of the Roseville Police Department and/or Roseville Police Activities League,<br><br>        Defendants.          / | **Case No.: 2:26-cv-00152-TLN-CKD**<br><br>**STIPULATION FOR LEAVE TO FILE AMENDED COMPLAINT; ORDER**<br><br><br>Compl. Filed: 1/19/2026<br>Trial Date: Not Set |

IT IS HEREBY STIPULATED by and between Plaintiff MARISA SWANSON ("Plaintiff") Defendant CITY OF ROSEVILLE and Defendant JASON BOSWORTH by and through their undersigned counsel (altogether the "Parties"), submit the following stipulation and request that the Court grant Plaintiff leave to amend her Complaint pursuant to Rule 15(a)(2) of Federal Rules of Civil Procedure.[1]

---

[1] Plaintiff's counsel has provided the Amended Complaint to Defendant Roseville Police Activities League, who has declined to sign this Stipulation because it does not have counsel.

1. Defendant City of Roseville met and conferred with Plaintiff prior to filing a Motion to Dismiss the Complaint. In response, Plaintiff has agreed to file an Amended Complaint.

2. More than 21 days have passed since Plaintiff served the Complaint on each Defendant. No party has filed a responsive pleading to the Complaint.

3. A responsive pleading from any of the Defendants to Plaintiff's currently operative Complaint would be rendered moot once Plaintiff files her Amended Complaint.

4. In the interest of judicial efficiency and to avoid having to involve the Court in needless motion practice, the Parties agree there is good cause to allow Plaintiff leave to amend her Complaint.

5. The Parties hereby stipulate and request the Court grant Plaintiff leave to file a First Amended Complaint in this action, a true and correct copy of which is attached as Exhibit A hereto.

**IT IS SO STIPULATED.**

Dated:    March 16, 2026              PORTER SCOTT
                                      A PROFESSIONAL CORPORATION


                                      By:    */s/ William E. Camy*
                                             William E. Camy
                                             Megan N. Boelter
                                             Attorneys for Defendant CITY OF
                                             ROSEVILLE


Dated:    March 16, 2026              LAW OFFICES OF KENNETH C. ODIWE


                                      By:    */s/ Kenneth C. Odiwe*
                                             Kenneth C. Odiwe
                                             Attorney for Plaintiff MARISA SWANSON

/ / /

Dated:    March 16, 2026                DUGGAN MCHUGH LAW CORPORATION


                                        By:    _/s/ Christina Bucci Hamilton_
                                               Christina Bucci Hamilton
                                               Attorney for Defendant JAMES
                                               BOSWORTH

STIPULATION FOR LEAVE TO FILE AMENDED COMPLAINT; ORDER

## <u>ORDER</u>

Good cause appearing, IT IS HEREBY ORDERED that Plaintiff MARISA SWANSON shall be afforded leave to amend her Complaint. Plaintiff shall file the Amended Complaint with the Court within ten (10) days of the signed Order.

Dated: March 16, 2026

_____

Troy L. Nunley
Chief United States District Judge

STIPULATION FOR LEAVE TO FILE AMENDED COMPLAINT; ORDER